**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **SHANNA ROBERTS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00616-HFS |
| | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Pursuant to Local Rule 16.1(d) and Local Rule 16.1, Plaintiff and Defendant propose that the Court enter the following Scheduling Order.

## PROPOSED SCHEDULE

1. Any motion to join additional parties shall be filed on or before **February 1, 2023**.

2. Any motion to amend the pleadings shall be filed on or before **February 1, 2023**.

3. All discovery should be commenced and served in time to be completed on or before **May 2, 2023**.

4. All discovery motions should be filed no later than **May 1, 2023**.

5. All dispositive motions should be filed no later than **June 1, 2023**. **The parties are requested to submit courtesy paper copies to chambers of all dispositive motions and all briefing associated with such motions. Lengthy and numerous exhibits must be clearly identified, tabbed, and in a binder.**

6. Expert witnesses are not appropriate in an ERISA claim for benefits case. Defendant shall produce a complete copy of the administrative record to Plaintiff on or before **January 6, 2023.**

7. The parties shall file their stipulated record, along with any portions which are in dispute, no later than **May 1, 2023**.

8. Cross motions for summary judgment shall be filed no later than **June 1, 2023.**

9. Responses to the cross motions for summary judgment shall be filed no later than **June 15, 2023.**

10. The Parties agree that ERISA applies to this case and that a jury trial is not permitted. The Parties anticipate resolving this matter on dispositive motions. However, should trial be necessary, the parties agree that a bench trial is appropriate and anticipate that the trial would require no more than one day to complete.

Dated: December 15, 2022.

Respectfully submitted,


By: */s/ Paul J. Taylor (w/permission)*
Paul J. Taylor, Mo. # 72159
Derrick A. Pearce, MO # 42793
Kyle H. Sciolaro, #64568
BURNETTDRISKILL, Attorneys
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
P: (816) 883-4142
F: (816) 792-3634
ptaylor@burnettdriskill.com
ksciolaro@burnettdriskill.com
rmdriskill@burnettdriskill.com

ATTORNEYS FOR PLAINTIFF

**AND**

By: */s/ Iwana Rademaekers*
Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

Email: iwana@rademaekerslaw.com

- and -

By: */s/ Dan S. Folluo*

Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES, TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)

ATTORNEYS FOR DEFENDANT