UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| SHANNA L. ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:22-CV-00616-HFS |

## DESIGNATION OF MEDIATOR CERTIFICATE

The parties have jointly designated Hon. Jay Daugherty from the Court's List of Mediators to conduct the MAP mediation in the above-captioned case. The mediation is scheduled to be held at 9:30 a.m. via Zoom conference on February 10, 2023.

Submitted by:

**BURNETTDRISKILL, Attorneys**

/s/ Derrick A. Pearce
Derrick A. Pearce MO #42793
Kyle H. Sciolaro MO #64568
Paul J. Taylor MO #72159
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
(816) 781-4836
(816) 792-3634 (fax)
dpearce@burnettdriskill.com
ksciolaro@burnettdriskill.com
ptaylor@burnettdriskill.com
ATTORNEYS FOR PLAINTIFF

and

**LAW OFFICES OF IWANA RADEMAEKERS, P.C**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)
.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

and

**RHODES HIERONYMUS JONES TUCKER & GABLE**

/s/ Dan S. Folluo
Dan S. Folluo MO #66582
P.O. Box 21100
Tulsa, OK 74121
(918) 582-1173
(918) 592-3390 (fax)
dfolluo@rhodesokla.com
ATTORNEYS FOR DEFENDANT