**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **SHANNA ROBERTS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00616-HFS |
| | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Pursuant to Local Rule 16.1(d) and Local Rule 16.1, and on the direction of this court, the parties filed their proposed scheduling order on December 15, 2022. After taking the matter under advisement, the court hereby establishes the following deadlines in this matter. Accordingly, it is hereby

ORDERED that:

1. Any motion to join additional parties shall be filed on or before **February 1, 2023**.
2. Any motion to amend the pleadings shall be filed on or before **February 1, 2023**.
3. All discovery should be commenced and served in time to be completed on or before **May 2, 2023**.
4. All discovery motions should be filed no later than **May 2, 2023**.
5. All dispositive motions should be filed no later than **June 1, 2023**. **The parties are requested to submit courtesy paper copies to chambers of all dispositive motions and all briefing associated with such motions. Lengthy and numerous exhibits must be clearly identified, tabbed, and in a binder.**

6. Expert witnesses are not appropriate in an ERISA claim for benefits case. Defendant shall produce a complete copy of the administrative record to Plaintiff on or before **January 6, 2023.**

7. The parties shall file their stipulated record, along with any portions which are in dispute, no later than **May 1, 2023**.

8. Cross motions for summary judgment shall be filed no later than **June 1, 2023.**

9. Responses to the cross motions for summary judgment shall be filed no later than **June 15, 2023.**

10. The Parties agree that ERISA applies to this case and that a jury trial is not permitted. The Parties anticipate resolving this matter on dispositive motions. However, should trial be necessary, the parties agree that a bench trial is appropriate and anticipate that the trial would require no more than one day to complete.

SO ORDERED

*/s/ Howard F. Sachs*
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

Dated: December 16, 2023
Kansas City, Missouri