**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **SHANNA ROBERTS,**<br><br>Plaintiff,<br><br>vs.<br><br>**LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:22-cv-00616-HFS |

**THIRD AMENDED DESIGNATION OF MEDIATOR CERTIFICATE**

The parties have jointly designated Hon. Joseph Dandurand from the Court's List of Mediators to conduct the MAP mediation in the above-captioned case. The mediation is scheduled to be held at 9:00 a.m. via Zoom conference on March 24, 2023. The MAP Director has extended the mediation deadline through March 24, 2023.

Dated: March 9, 2023.

Respectfully submitted,

By: *__/s/ Derrick A. Pearce (w/permission)__*

Paul J. Taylor, Mo. # 72159
Derrick A. Pearce, MO # 42793
Kyle H. Sciolaro, #64568
BURNETTDRISKILL, Attorneys
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
P: (816) 883-4142
F: (816) 792-3634
ptaylor@burnettdriskill.com
ksciolaro@burnettdriskill.com
rmdriskill@burnettdriskill.com

ATTORNEYS FOR PLAINTIFF

**AND**

By: */s/ Iwana Rademaekers*
Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- and -

By: */s/ Dan S. Folluo*
Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)

ATTORNEYS FOR DEFENDANT