IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHANNA ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:22-cv-00616-HFS ) |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## ORDER

The parties have filed a joint stipulation of dismissal with prejudice, pursuant to Fed.R.Civ.P. 41(a).

Accordingly, the above captioned case is DISMISSED with prejudice, each party to bear their own costs.

                                       */s/ Howard F. Sachs*
                                       HOWARD F. SACHS
                                       UNITED STATES DISTRICT JUDGE

Dated: April 13, 2023
Kansas City, Missouri